# Attachment 1

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Alexandria, VA 22301

| Certified Mail Fee | $3.55 | | 0217 |
|---|---|---|---|
| $ | | $2.85 | 8 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _$0.00_
- ☐ Return Receipt (electronic)       $ _$0.00_
- ☐ Certified Mail Restricted Delivery  $ _$0.00_
- ☐ Adult Signature Required          $ _$0.00_
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

| Postage | $1.80 | |
| $ | | 12/14/2020 |
| **Total Postage and Fees** | $8.20 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

9334 3141 3498 7001 0000 3090 3008 7018

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Alexandria, VA 22301

| Certified Mail Fee | $3.55 | | 0217 |
|---|---|---|---|
| $ | | $2.85 | 8 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _$0.00_
- ☐ Return Receipt (electronic)       $ _$0.00_
- ☐ Certified Mail Restricted Delivery  $ _$0.00_
- ☐ Adult Signature Required          $ _$0.00_
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

| Postage | $2.80 | |
| $ | | 12/14/2020 |
| **Total Postage and Fees** | $9.20 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7331 3498 7001 0000 3090 3008 7018

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mrs. Emily Breeding
9504 Mt. Vernon Ave,
Alexandria, VA 22301

9590 9402 5270 9154 2461 66

2. Article Number (Transfer from service label)

7018 3090 0001 3641 9334

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12/17/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package** +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U' psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70183090000136419334

Remove ✕

Your item was delivered to an individual at the address at 10:29 am on December 17, 2020 in
ALEXANDRIA, VA 22301.

 **Delivered**

December 17, 2020 at 10:29 am
Delivered, Left with Individual
ALEXANDRIA, VA 22301

Get Updates ⌄

---

**Tracking Number:** 70183090000136419341

Remove ✕

Your item was delivered to an individual at the address at 10:29 am on December 17, 2020 in
ALEXANDRIA, VA 22301.

 **Delivered**

December 17, 2020 at 10:29 am
Delivered, Left with Individual
ALEXANDRIA, VA 22301

Get Updates ⌄

**See More** ⌄