IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAMALI D. GORDON,                                      )
                                                       )
                Plaintiff,                             )
                                                       )
        v.                                             )        1:20-cv-1399 (LMB/JFA)
                                                       )
EMILY BREEDING, individually and t/a AL'S              )
    STEAK HOUSE; DOROTHY BREEDING;                     )
    and ESTATE OF JAMES BREEDING,                      )
                                                       )
                Defendants.

## ORDER

Plaintiff's Response to Order to Show Cause [Dkt. No. 9] sufficiently explains the delay

in filing proof of service. Accordingly, it is hereby

ORDERED that the Order to Show Cause has been satisfied; and it is further

ORDERED that plaintiff ensure that defendants are properly served by March 11, 2021

and promptly file proof of service with the Clerk's office.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10 day of March, 2021.

Alexandria, Virginia

                                                       /s/
                                                       Leonie M. Brinkema
                                                       United States District Judge