IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAMALI D. GORDON,

      Plaintiff,

v.

EMILY BREEDING, individually
and t/a AL'S STEAK HOUSE;
DOROTHY BREEDING; and
ESTATE OF JAMES BREEDING,

      Defendants.

No. 1:20-CV-01399-LMB-JFA

Hon. Leonie M. Brinkema

PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT

      Damali Gordon, plaintiff in this civil rights action, respectfully requests leave of Court, to the extent such leave is required, to file the attached proposed First Amended Complaint.

      The reasons for this motion are set forth in the accompanying memorandum. The proposed amended complaint is also attached.

Respectfully submitted,

_____
Stephen B. Pershing
Va. Bar No. 31012
Pershing Law PLLC
1416 E Street, N.E.
Washington, D.C. 20002
(202) 642-1431 (o/m)
steve@pershinglaw.us

(Cont'd.)

             ____/s/_____
             Onyebuchim Chinwah, Esq.
             (Admission *pro hac vice* pending)
             8403 Colesville Rd., Ste. 1100
             Silver Spring, MD 20910
             (240) 842-9292
             oc@chinwahfirm.com

             *Counsel for plaintiff Damali D. Gordon*

Dated: March 10, 2021

^ ^ ^

**CERTIFICATE OF SERVICE**

  I certify that on this 10th day of March, 2021, the foregoing motion, with accompanying memorandum and proposed First Amended Complaint, were filed through the Court's electronic case filing ("ECF") system, through which they were or will be made available to all counsel of record.

             _____
             Stephen B. Pershing

2